UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRIS J. LEBLANC (#101686)

VERSUS

CONNIE KENNEDY

CIVIL ACTION

NO. 09-143-RET-SCR

## RULING

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger (doc. 4) dated April 17, 2009. Plaintiff has filed an objection which merely restate legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) (2) (B) (i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 5, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA